112717

# UNITED STATES DISTRICT COURT
## District of Minnesota

Case Number: 01-CV-00975 JMR/RLE

### PETITION FOR ADMISSION PRO HAC VICE

**Affidavit of Movant**

I, Joseph J. Roby, Jr., an active member in good standing of the bar of the U. S. District Court for the District of Minnesota, request that this court admit pro hac vice Robert J. Jonker, an attorney admitted to practice in the Western District of Michigan, but not admitted to the bar of this court, who will be counsel for the ( ) plaintiff (X) defendant AIS Constr. Equip. in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of the case(s), and that I accept service of all papers served.

06-07-01 (Date)

(Signature) Joseph J. Roby, Jr.

Minnesota Attorney License Number: 9240X

Law Firm: Johnson, Killen & Seiler, P.A.
Suite/Bldg: 800 Wells Fargo Center
Street Address: 230 West Superior Street
City State Zip: Duluth, MN 55802
Telephone: (218) 722-6331

**Affidavit of Proposed Admittee**

I, Robert J. Jonker, am currently a member in good standing of the U. S. District Court for the Western District of Michigan, but not admitted to the bar of this court. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Case Number: 01-CV-00975 Judge Assigned: James M. Rosenbaum
Case Title: Eveleth Mines, LLC v AIS Construction Equipment Corp.

5/31/01 (Date) Robert J. Jonker (Type/Print Name) (Signature)

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 (Social Security No.) P38552 (Atty. License No.) 12/85 (Date of Admission)

Law Firm: Warner Norcross & Judd LLP
Suite/Bldg: 900 Old Kent Building
Street Address: 111 Lyon Street, N.W.
City State Zip: Grand Rapids, Michigan 49503-2487
Telephone: (616) 752-2161

Motion Granted: For the Court, Francis E. Dosal, Clerk JUN 13 2001 Date

Note: The original of this form and the Pro Hac Vice admission fee of ~~$20.00~~ $25.00 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above entitled action.

Clerk, U. S. District Court
316 N. Robert St. Ste. 708
St. Paul, MN. 55101

FILED JUN 13 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

Rev. 6/96