UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Eveleth Mines, LLC, a Minnesota
Limited Liability Company,

Plaintiff,

vs. ORDER

AIA Construction Equipment
Corporation, a Michigan
Corporation, d/b/a Contractors
Finance Corporation,

Defendant. Civ. No. 01-975 (JMR/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 23rd day of July, 2001.

* * *

This matter came before the undersigned United States Magistrate Judge pursuant to a general assignment, made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the conduct of a Rule 16 Scheduling Conference. For these purposes, the Plaintiff appeared by Stephanie A. Ball, Esq.; and the Defendants appeared by John J. Bursch and Joseph J. Roby, Jr., Esqs. The parties advise that the issues in this action will either be resolved, or substantially narrowed, by the disposition of cross-Motions for Summary Judgment which they intend to promptly file. Given this pretrial status, we find that the interests served by

FILED JUL 23 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Rule 1, Federal Rules of Civil Procedure, will best be advanced by the service, and filing, of the cross-Motions for Summary Judgment consistent with Local Rule 7.1(b)(2), in order that an early Hearing date can be secured from the District Court, the Honorable James M. Rosenbaum, Chief Judge, presiding.

Upon the issuance of an Order resolving the Summary Judgment Motions, the parties are directed to contact this Court, forthwith, in order to consider the issuance of a Pretrial Schedule specifically tailored to address the issues then remaining for disposition. As is always the case, in the event that the parties wish to discuss settlement, either before, or after, the filing of cross-Motions for Summary Judgment, they are to jointly contact this Court's Judicial Assistant to schedule the same.

NOW, THEREFORE, It is --

ORDERED:

That the parties are directed to contact this Court, forthwith, after the issuance of any Order on Summary Judgment, in order to conduct a further Rule 16 Scheduling Conference.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE