UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
~~99-CV-1374~~ (JMR/FLN)
01CV975(JMR/RLE)

| | | |
|---|---|---|
| Eveleth Mines, LLC | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| AIS Construction Equipment Corp., | ) | |
| d/b/a/ Contractors Finance Corp. | ) | |

This matter is before the Court on plaintiff's motion for summary judgment and defendant's motion for partial summary judgment. The Court heard oral argument on November 16, 2001. Based on the files, records, and proceedings herein, the parties' motions are hereby denied.

IT IS SO ORDERED.

Dated: January 22nd, 2002

JAMES M. ROSENBAUM
United States Chief District Judge

FILED
RICHARD D. SLETTEN, CLERK 2002
JUDGEMENT ENTERED ______
DEPUTY CLERK'S INITIALS ______